UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RANSOME ETINDI, M.D., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:13-CV-3010-B |
| DALLAS MEDICAL CENTER, LLC., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Relator Ransome Etindi's Motion for Voluntary Dismissal of Complaint (doc. 7). The Motion, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), is unopposed by the United States of America, the injured-party plaintiff in this case. The Motion seeks dismissal of the action with prejudice. Having considered the matter, the Court **GRANTS** the Motion. It is hereby **ORDERED** that Plaintiffs' False Claims Act claim, filed August 2, 2013 pursuant to 31 U.S.C. § 3730(b)(2), is **DISMISSED WITH PREJUDICE**.

SO ORDERED.

DATE: October 22, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -