UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RANSOME ETINDI, M.D., | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. 3:13-CV-3010-B |
| DALLAS MEDICAL CENTER, LLC. | § § § | |
| Defendants. | § | |

## ORDER

On October 22, 2013, the Court dismissed with prejudice—per the Relator's request (doc. 7)—this False Claims Act cause of action (doc. 8). Now, before the Court is the U.S. Government's Motion to Unseal and Request for Dismissal Without Prejudice as to the Government ("Motion") (doc. 9) filed November 7, 2013. Relator does not oppose the Motion.

Having considered the matter, the Court GRANTS the Government's Motion, and ORDERS: (1) the Complaint, this Motion, and any accompanying order in this case unsealed; (2) all filings in this case from this date forward shall remain unsealed; and (3) the Court's Order issued October 22, 2013 (doc. 8) is hereby amended to reflect dismissal without prejudice as to the Government.

*SO ORDERED.*

DATE: November 12, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE